IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

ANDREW ROSS,

    Plaintiff,

v.                                         1:18-cv-00009-JCH-LF

HONORABLE PAUL KELLY,

    Defendant.

## ORDER ADOPTING MAGISTRATE JUDGE'S PROPOSED FINDINGS AND RECOMMENDED DISPOSITION

The magistrate judge filed her Proposed Findings and Recommended Disposition on February 28, 2018. Doc. 17. The proposed findings notified plaintiff Andrew Ross of his ability to file objections within fourteen (14) days, and that failure to do so waives appellate review. To date, Andrew Ross has not filed any objections, and there is nothing in the record indicating that the proposed findings were not delivered.

**IT IS THEREFORE ORDERED AS FOLLOWS:**

1. The magistrate judge's Proposed Findings and Recommended Disposition (Doc. 17) is ADOPTED;

2. Defendant the Honorable Paul Kelly's Motion to Dismiss (Doc. 9) is GRANTED;

3. Plaintiff Andrew Ross's Emergency Motion to Stay (Doc. 3), and his Emergency and Expedited Motion to Schedule a Hearing on the Motion to Stay Deposition of Andrew Ross in *Ross v. Balderas* (Doc. 7), are DENIED as moot.

4. Plaintiff Andrew Ross' Complaint (Doc. 1) is DISMISSED with prejudice; and

5. A final order is entered concurrently with this order.

                                                                     _____
                                                                     UNITED STATES DISTRICT JUDGE